Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PHUONG NGUYEN LE,<br><br>    Defendant. | No. CR11-408-RSM<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on Phuong Le's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein. Defendant's motion for early termination of supervised release is DENIED.

DATED this 22nd day of April, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE